THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Franklin Robinson, Appellant.
 
 
 

Appeal From Richland County
  G. Thomas Cooper, Jr., Circuit Court
 Judge

Unpublished Opinion No. 2007-UP-279
 Submitted June 1, 2007  Filed June 6,
 2007    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Warren Blair Giese, of Columbia, for Respondents.
 
 
 

PER CURIAM:  Robinson appeals
 his conviction burglary and grand larceny, and resulting sentence of five years
 in prison.  Robinson maintains the trial court erred in refusing to declare a
 mistrial after a witness testified Robinsons bedroom was decorated with gang
 graffiti.  After a thorough review of the
 record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Robinsons appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J.,
 KITTREDGE, J., and CURETON, A.J., concur.
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.